United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 05, 2024

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

**RE:**     **23-8065, Westenbroek, et al v. Kappa Kappa Gamma, et al**
Dist/Ag docket: 2:23-CV-00051-ABJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 12, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Rachel Berkness
Lauren Adams Bone
Jayce Born
Raymond K. Bryant
Kara Dansky
Brian W. Dressel
Alphonse A. Gerhardstein
Robert Stanton Jones
Scott P. Klosterman

John G. Knepper
Sylvia May Mailman
Nicole Masiello
Natalie Marie Mclaughlin
Emmett Robinson
Gene C. Schaerr
Cristina Martinez Squiers

CMW/sds