No. 23-8065

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

**JAYLYN WESTENBROEK et al.,**

**Plaintiffs-Appellants,**

**v.**

**KAPPA KAPPA GAMMA FRATERNITY et al.,**

**Defendants-Appellees.**

_____

On Appeal from the United States District Court for the
District of Wyoming, Case No. 2:23-CV-51-ABJ

_____

**BRIEF OF OVER 450 KAPPA KAPPA GAMMA ALUMNAE AS
AMICI CURIAE IN SUPPORT OF APPELLANTS AND
OF REVERSING THE DECISION BELOW**
_____

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
Telephone: (216) 505-6900
Facsimile: (216) 549-0508
erobinson@robinsonlegal.org

*Attorney for Amici Curiae, Over 450
Kappa Kappa Gamma Alumnae*

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................. ii

STATEMENT OF INTEREST ............................................................................. 1

ARGUMENT ....................................................................................................... 2

    A.  The District Court Ignored the Objective Meaning of the Word "Woman" .................................................................................................. 4

    B.  Research Shows that Women-Only Spaces Continue to Be Important to Women's Success ..................................................................................... 7

    C.  Amici's Lived Experiences Attest to the Importance of the Women-Only Sorority ............................................................................................ 10

CONCLUSION ................................................................................................. 15

CERTIFICATE OF COMPLIANCE .................................................................. 16

CERTIFICATE OF SERVICE ........................................................................... 17

# <u>TABLE OF AUTHORITIES</u>

## <u>Cases</u>

*Alexander v. Buckeye Pipeline Co.*, 53 Ohio St. 2d 241, 374 N.E.2d
 146 (1978)..........................................................................................................4-5

*Westenbroek v. Kappa Kappa Gamma Fraternity*, No. 23-CV-51, 2023 U.S. Dist.
 LEXIS 152458 (D. Wyo. Aug. 25, 2023) ......................................................4, 5

## <u>Other Authorities</u>

Brief of Over 500 Women Athletes, *Dobbs v. Jackson Women's Health*, U.S. Sup.
 Ct. Case No. 19-1392 (Sept. 20, 2021) ...............................................................11

Catherine Eckel et al., *The Gender Leadership Gap: Insights from Experiments*,
 Monash University (2020), https://tinyurl.com/y48frzrw .....................................8

Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing
 Sex Reassignment Surgery: Cohort Study in Sweden*, PLoS ONE 6(2) (2011).... 9

Christopher Karpowitz, Tali Mendelberg & Lee Shaker, *Gender Equality in
 Deliberative Participation*, 106 Am. Poli. Sci. Rev. 533 (2012)..........................7

*Dictionary.com*, https://tinyurl.com/mrtrrcfw ..........................................................5

*FBI Crime Data Explorer*, https://tinyurl.com/7yeve3c8.........................................8

Leslie Trainer, *Women's Underrepresentation in Leadership*, Claremont Graduate
 University LeAD Labs (Mar. 20, 2017), https://tinyurl.com/3th6xn6v ................8

*Merriam-Webster.com Dictionary*, https://tinyurl.com/4e2d3byw ..........................5

*New Gallup Survey Shows Fraternity and Sorority Membership Tied to Strong
 College Experiences*, N. Am. Interfraternity Conf. (2021), https://tinyurl.com/
 yc6wx5dh.......................................................................................................... 9-10

Olivia Choy et al., *Explaining the Gender Gap in Crime: The Role of Heart Rate*,
 55 Criminology 465 (2017)...................................................................................8

*Random House Webster's Dictionary* (4th ed. 2001)...............................................5

Rose Freedman, Kathleen Stock & Alice Sullivan, *Evidence and Data on Trans Women's Offending Rates* (2020), https://tinyurl.com/4ceadx6n .........................9

*The New Oxford American Dictionary* (2001) .........................................................5

Todd Armstrong et al., *Testosterone, Cortisol, and Criminal Behavior in Men and Women*, Hormones and Behavior, Vol. 146 (Nov. 2022) ..............................8

## <u>STATEMENT OF INTEREST</u>[1]

Amici are a group of more than 450 Kappa Kappa Gamma ("KKG") alumnae.[2] They come from across the United States. Their initiation dates span some 79 years. They represent scores of local KKG chapters, from Cornell to Stanford, and from Ohio State and Ohio Wesleyan to UCLA and USC. Some are at the heights of their careers, some have finished them, and some have just moved out of their chapter houses. They come from a variety of personal and professional backgrounds. Their political persuasions differ. But they all share at least two things in common: (1) They found their opportunities to participate in single-sex college sorority life invaluable, and (2) they want to ensure that future college women have that same opportunity and are not erased by a refashioning of the word "women" to include men.

Amici believe that KKG's failure to abide by its own bylaws, coupled with the trial court's backhanded dismissal of the complaint in this case, is a severe blow to women's rights. Amici are deeply interested in this case because they do not want the college women of KKG to be deprived of the single-sex environment which allowed amici to thrive during their college years. They have come together by the hundreds and funded this brief through their own individual donations. No other

---

[1] All parties to this appeal have consented to the filing of this brief.

[2] A list of the over 450 women who join this brief is attached hereto.

1

individuals or entities—and no party or party's counsel—have contributed money intended to fund the preparation or submission of this brief, and no party's counsel has authored any portion of it.

## **ARGUMENT**

KKG was founded in 1870 by—and exclusively for—women, in hopes of providing them with the same sort of academic and social advantages that the fraternity system had already been providing college men for decades. (App'x at 20.) From the very beginning, KKG's single-sex character was fundamental to its identity and purpose. This women-only commitment is enshrined in the organization's bylaws, which state, unequivocally, that every "new member shall be a woman." (*Id.* at 86.) For more than 150 years, thousands and thousands of women, including all amici, have relied on KKG's commitment to provide a women-only environment.

But KKG and its president have breached their duties to Plaintiffs—and, indeed, to all of KKG's women members—by admitting Artemis Langford, a man (*i.e.*, an adult male person) to KKG membership in violation of the bylaws. Under normal circumstances, this would be a straightforward case of "statutory" interpretation in which Plaintiffs would quickly prevail. The bylaws say "woman"; Defendants refashioned that term to include "man." Typically, when a party charged with executing the corporate will as set forth in a corporation's governing documents

2

flouts the ordinary meaning of the words in those documents, plaintiffs like the KKG college women who brought suit here can readily hold the organization and its fiduciary to legal account. After all, fiduciaries may not, in defiance of governing documents, unilaterally change an organization's *raison d'etre*.

Unfortunately, the District Court did not treat this case like a typical case of "statutory" interpretation. Instead, it permitted KKG and President Rooney to effectively amend KKG's bylaws without going through the prescribed amendment process. That is, the District Court concluded that KKG and Rooney were permitted—in defiance of the collective will of KKG's members as set forth in KKG's bylaws—to "interpret" the word "woman" to include its *opposite*, "man." In reaching this conclusion, the District Court ignored basic principles of interpretation and also basic reality.

The upshot of redefining "woman" to include man is the effective erasure of women as a separate class worthy of dignity and respect. Compounding the injury, by forcing fundamental change upon KKG without adhering to the democratic procedures for bylaw amendment mandated by KKG's own governing documents, Defendants silenced the voices of the thousands of KKG women entitled to have a say in this transformation.

The District Court, in refusing to allow Plaintiffs to hold Defendants to account, condoned this undemocratic conduct. In so doing, that court also failed to

consider the continued importance of women-only spaces and organizations in American life. A multitude of studies make clear that women-only organizations help women thrive by providing safety, belonging, opportunities to lead, and a plethora of other benefits. Amici are living proof of these benefits, as the stories they share below show. Remaking KKG to include men, albeit men who "identify" as women, will deprive current and future generations of KKG women of these benefits.

### A.    The District Court Ignored the Objective Meaning of the Word "Woman."

The District Court determined that KKG and Rooney were free to admit a man like Langford into the women-only organization without amending KKG's bylaws because "woman" is an amorphous term for which the bylaws provide no explicit definition. As the District Court saw things, then, KKG and Rooney were not defying the terms of KKG's bylaws but merely exercising their right to "interpret" the malleable term "woman" "expansively." *Westenbroek v. Kappa Kappa Gamma Fraternity*, No. 23-CV-51, 2023 U.S. Dist. LEXIS 152458, at *4, *42 (D. Wyo. Aug. 25, 2023).

This conclusion ignores basic principles of construction as well as the plain meaning of the word "woman." Under Ohio law, "[c]ommon words appearing in a written instrument will be given their ordinary meaning unless manifest absurdity results, or unless some other meaning is clearly evidenced from the face or overall

contents of the instrument." *Alexander v. Buckeye Pipeline Co.*, 53 Ohio St. 2d 241, 241, 374 N.E.2d 146, 150 (1978). The term "woman" is, of course, a "common word[]," and, thus, its "ordinary meaning" is to be applied when interpreting its use in KKG's bylaws "unless some other meaning is clearly evidenced from the face or overall contents of the instrument." *Id.* No such "other meaning" is "clearly eviden[t]" on the face of KKG's bylaws, so Ohio's "ordinary meaning" rule applies to the bylaws' use of the word "woman."

The ordinary meaning of that word is clear. A woman is "an adult female person." *Dictionary.com*, https://tinyurl.com/mrtrrcfw. *See also Merriam-Webster .com Dictionary*, https://tinyurl.com/4e2d3byw (defining "woman" to mean "an adult female person"); *Random House Webster's Dictionary* (4th ed. 2001) (same); *The New Oxford American Dictionary* (2001) (defining "woman" to mean "an adult human female"). Artemis Langford is a man, *i.e.*, an adult human male. (*E.g.*, App'x at 10, 23-24.) Because the bylaws allow only a "woman" to become a "new member" of KKG and its chapters, KKG and Rooney breached those bylaws when they admitted Langford to the sorority.

In concluding otherwise, the District Court determined that KKG and Rooney were permitted to interpret the word "woman" "expansively." *Westenbroek*, 2023 U.S. Dist. LEXIS 152458, at *4, *42. But that is a mischaracterization of what KKG and Rooney did. KKG and Rooney did not merely supply one of several reasonable

interpretations to the words of KKG's bylaws, they defied them. That is, by "interpreting" the word "woman" to include its *opposite*—man—KKG and Rooney turned the plain language of the bylaws on its head.

Stripped of the fraught political context of this case, the point is so rudimentary and obvious that it is in danger of being overlooked. Consider, for example, a contract between a homeowner and painter to paint a house. The contract specifies that the house is to be painted white. But the painter "expands" his definition of white to include black. Such a unilateral refashioning of the term to include its opposite is no reinterpretation at all but, instead, a vitiation—a plain-as-day breach of the contract. It is no answer to say that the painter has expanded his personal definition of white or that the paint can was labeled as white. What matters is the ordinary meaning of the word "white."

KKG, of course, is free to amend its governing documents to provide for the initiation into the sorority of men who "identify" as women. But it must do so in accordance with its own established procedures. By arrogating to themselves the power to "reinterpret" the bylaws in a way that contradicts the plain language of those bylaws (and fundamentally alters the character of the organization), Defendants have acted *ultra vires* and disenfranchised Plaintiffs, amici, and the thousands of other KKG women who were cut out of participating in the decision-making process. In other words, by unilaterally altering KKG's bylaws through

expansive "interpretation" rather than adhering to the mandatory process for amending those bylaws, Defendants have chosen to silence the very women whose interests they are supposed to serve. By dismissing the complaint and refusing to grant Plaintiffs even the opportunity to prove their case, the District Court has ratified this conduct.

### B.    Research Shows that Women-Only Spaces Continue to Be Important to Women's Success.

By tossing Plaintiffs' suit at this very earliest stage of litigation, the District Court also effectively held that the women of Kappa Kappa Gamma are no longer entitled to the benefits of a single-sex space. KKG was founded to give women an exclusive forum in which to gather, flourish, and compete with already established men's organizations. By barring Plaintiffs' action seeking to protect KKG's women-only character, the District Court has declared that women as a class may no longer protect these sorts of spaces from men who seek to infiltrate them.

Elimination of women-only spaces is profoundly detrimental to women's safety, wellbeing, and personal development. Research shows, for example, that when it comes to deliberation and debate, women are much less likely to speak, and to speak authoritatively, in mixed-gender settings. *See* Christopher Karpowitz, Tali Mendelberg & Lee Shaker, *Gender Equality in Deliberative Participation*, 106 Am. Poli. Sci. Rev. 533 (2012). Along similar lines, studies indicate that women are still underrepresented numerically in many leadership positions across our society. *See,*

*e.g.*, Leslie Trainer, *Women's Underrepresentation in Leadership*, Claremont Graduate University LeAD Labs (Mar. 20, 2017), https://tinyurl.com/3th6xn6v. But "women in same-gender groups are twice as willing to accept a leadership role as those in mixed-gender groups[.]" Catherine Eckel et al., *The Gender Leadership Gap: Insights from Experiments*, Monash University (2020), https://tinyurl.com/y48frzrw.

Women also benefit from the safety that women-only organizations can provide. Men are, of course, on the whole far more likely than women to commit violent crime. *See FBI Crime Data Explorer*, https://tinyurl.com/7yeve3c8 (in 2022, men committed 4.3 violent crimes for every violent crime committed by a woman). Research suggests a number of reasons for this disparity, many of them biological, including higher testosterone levels and lower resting heart rates in men. *See* Todd Armstrong et al., *Testosterone, Cortisol, and Criminal Behavior in Men and Women*, Hormones and Behavior, Vol. 146 (Nov. 2022) (testosterone has "a positive and statistically significant association with impulsive and violent criminal behavior"); Olivia Choy et al., *Explaining the Gender Gap in Crime: The Role of Heart Rate*, 55 Criminology 465 (2017) ("lower heart rates in males partly explain their higher levels of offending").

Moreover, men who identify as transgender women—even those who have undergone hormonal and surgical "transition"—are just as, or *more*, likely to commit

violent criminal offenses.  One long-range Swedish study of hundreds of transgender individuals involved two chronological cohorts.  In one of the two cohorts, men who had medically transitioned to appear as "women" were just as likely as the general male population to commit violent crimes, while the violent-crime rate among men in the other cohort was *higher* than the rate in the male population at large.  Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, PLoS ONE 6(2) (2011).  *See also* Rose Freedman, Kathleen Stock & Alice Sullivan, *Evidence and Data on Trans Women's Offending Rates* (2020), https://tinyurl.com/4ceadx6n (explaining the results of the same study).

For these and a variety of other reasons, single-sex environments like women-only sororities continue to provide women with crucial space to put their guards down, to be themselves, to speak up, to lead, and to thrive.  Women-only sororities in particular provide college women a forum in which to study, bond, and share with one another without the stress, social conditioning, or fear associated with the mixed-sex environment.  These are just some of the reasons why a recent Gallup poll showed a strong correlation between sorority membership and a positive "college experience, feelings of preparation for life after college[,] and general wellbeing." *New Gallup Survey Shows Fraternity and Sorority Membership Tied to Strong*

*College Experiences*, N. Am. Interfraternity Conf. (2021), https://tinyurl. com/yc6wx5dh.

### C.     Amici's Lived Experiences Attest to the Importance of the Women-Only Sorority.

All 450-plus amici can, based on their own personal experiences, attest to the importance of the women-only sorority.  Several have agreed to share their stories here.  These stories underscore, in real-world terms, the veracity of the research conclusions discussed above.  For these women, their single-sex KKG experiences had profound positive impacts on their wellbeing both in college and beyond.

One common theme in the stories shared by individual amici is the role of the sorority as a single-sex sanctuary where women can feel—and *be*—safe when sexual violence is threatened or has already occurred.  Lee from Virginia tells this story:

> While I was living in the KKG house junior year, I lost a dear high-school friend of mine.  She was stalked and murdered by her ex-boyfriend at University of Colorado in Boulder.
>
> Because I was living in the Kappa house with all women, there was a sense of security and togetherness during this tragic time in my life.  I had the hugs and compassion of the women in the house and especially my roommates.  It was a devastating time for me, but my "sisters" came to my rescue to help me through it.  I was able to grieve and be open about my feelings because I was surrounded by all women. I feel very strongly that a sorority should only be open to women— those born female.  Opening the sorority doors to men who believe they are women will deprive future generations of women of the

environment that helped me through such a difficult time.[3]

Another amicus, Florida State University alumna Marg Cubero, tells of her experience as a graduate student at Florida State University when, in January 1978, Ted Bundy snuck into another sorority's chapter house and attacked four women, killing two of them. Following these beatings and murders, Marg says, "the women in the sororities truly treasured their 'home away from home.'"

> The girls found safety in numbers, became more aware of their surroundings and interactions with strangers, and became even more vigilant about who they let into their living spaces. They looked out for and relied on each other even more and knew that their living quarters were places that they had to be very protective of for everyone's safety. Allowing men into the sorority house at a time like that would have destroyed that sense of safety and security.

For Amicus Robbi Schupp King, an alumna of KKG's University of Arkansas chapter, the safety of the women-only chapter house was important to her not because of crimes committed against her friends or other students, but because of a sex crime committed *against her*:

> My freshman year a man came into our dormitory and "flashed" a young woman from my Kappa pledge class who lived on the floor above mine while she was in the shower. He apparently did this to a couple of other women in our dorm before he landed on my floor. As I

---

[3] This section of amici's brief relies on personal statements and stories contributed by individual amici like Lee. All of these personal statements and stories are attested to by their individual authors, each of whom has authorized counsel to share her story here. *Cf.* Br. of Over 500 Women Athletes, *Dobbs v. Jackson Women's Health*, U.S. Sup. Ct. Case No. 19-1392 (Sep. 20. 2021), at 5 n.7 (utilizing the same approach).

was sitting in front of my dorm room talking on the phone he threw open his coat and started masturbating in front of me.

I screamed and then, of course, called the police, who eventually caught the man, only to have him escape as they were taking him into the police station. We were terrified he would return to our dorm.

Our Kappa sisters offered for us to come stay at the Kappa house so that we could feel safe until the man was caught. The Kappa house did feel like a safe place, because there was no fear of a man roaming around upstairs. The women there understood the vulnerability we felt as young women, because they, too, lived with this same vulnerability that only a woman can understand.

Other amici share about the importance of the women-only environment of their KKG chapters to their social, personal, and professional lives. Caren Cook, a University of Oklahoma alumna, tells of the difficult time she and her mother—also a KKG alumna—experienced after her parents divorced. "[T]he Kappa sisterhood was a refuge for my mom and me" during those times, she says. Caren also "worked at the Murrah Federal Building during the Oklahoma City bombing of 1995." After the trauma of that day, she says, "I didn't leave my house or communicate with my friends. It was my Kappa sisters who eventually were able to reach me":

These life-long bonds that saw me through some of the most difficult times in my life would never have formed had men been a part of the sorority, even if those men were sincere in their mistaken belief that they were women. When you need a sister the most is when life is messy and out of control. While it's not fun to go through these periods of life, women can do it with each other while men often handle it poorly.

"Men don't belong in a sisterhood," Caren concludes, "because women need other

12

women for support and encouragement when we face the curve balls life throws at us." This doesn't mean, of course, that men are inferior. Rather, as Caren puts it, "Men are fantastic humans but not good sisters!"

The women-only environment that KKG provided for amicus Melissa Smith Golden at Bucknell University proved crucial to her success as a transfer student from an all-women's college to the co-educational environment of Bucknell University.

> Once at Bucknell, I felt bewildered and out of place, as close friendships had already been formed. I felt like I was on my own.

> Then, a group of Kappa sisters took this lost "transfer" and invited me to join. Kappa membership gave me the woman-to-woman connection and support that I had always cherished throughout my life. Those connections never could have formed if men had been admitted to our chapter.

> I want to add my positive message that Kappa is a lifelong pro-woman sisterhood that must continue to support the unique and challenging lives of *women* both on and off campus.

Cherie Gary, a Baylor University alumna, underscores that, during her college years, "[t]he Kappa house was a female sanctuary. Admitting men, however they identify themselves, only adds confusion and complexity to an environment meant to be a safe haven for women. Let's never forget that Kappa is a beautiful community of strong, talented, and courageous women—let's please keep it that way." And Margaret from California shares:

13

I went through rush because I wanted to become part of a sisterhood of women who nurtured and cared for each other through life's travails and celebrated each other's accomplishments and highlights. I became a Kappa, finding a common bond of these traits with women with whom I felt comfortable sharing about almost anything, from struggles with dating guys to academic challenges. The Kappa house was a safe haven. I was shy when I joined Kappa, but by living in the house with the comfort of an all-women environment, I was able to overcome my shyness and assume a leadership role. When my father passed away suddenly, it was my Kappa sisters who comforted me and my mother. One even called all my parents' friends to notify them of my father's passing.

It is largely because of the fact that our relationships started out in the safety and intimacy of an all-women environment unencumbered by male distractions that the caring and nurturing among my dear Kappa friends has continued for more than 50 years.

Sororities are for women! Let's keep them that way!

Finally, Jeleen Fish Guttenberg's battle with breast cancer reinforced for her

the lifelong positive impact that only an exclusively women's organization can have

on a woman's life:

The last time I moved, I thought I was too busy to join another KKG Alumnae Association. I had lived here for just over a year when I was diagnosed with breast cancer. I had not made many close friends yet. I needed support from women. So I turned once again to Kappa.

I was welcomed. It was a relief to be surrounded by estrogen when I was on estrogen blockers. I think being involved helped keep me sane and reinforced my feelings of femininity when I felt I had lost them. After I disclosed my condition, my sisters were entirely sympathetic and uplifting. Many of us had the same surgeon for our mastectomies. We were able to share intimate details with each other on these issues that we would have never discussed in the presence of men, regardless of how those men viewed themselves.

I can't imagine Kappa just giving up that safe space for women that it has been since 1870. Women still need women's spaces. Nothing about the struggles within Kappa now are anti-trans. Kappa today is a diverse and inclusive group of women. Many of us want to keep it that way.

\* \* \*

The women whose stories are highlighted above—indeed, all 450-plus women submitting this brief—have been benefited profoundly from their experiences in a women-only sorority. Defendants should not be permitted, with the blessing of the District Court, to unilaterally deprive current and future KKG members of these benefits by ignoring KKG's bylaws and the voices of the very women it is supposed to serve.

## **CONCLUSION**

For these reasons, amici, over 450 Kappa Kappa Gamma alumnae, respectfully urge this Court to reverse the District Court's dismissal of this case.

Dated:  December 11, 2023                    Respectfully submitted,

                                             /s/ Emmett E. Robinson
                                             Emmett E. Robinson
                                             ROBINSON LAW FIRM LLC
                                             6600 Lorain Avenue #731
                                             Cleveland, Ohio 44102
                                             Telephone: (216) 505-6900
                                             Facsimile: (216) 549-0508
                                             erobinson@robinsonlegal.org

                                             *Attorney for Amici Curiae, Over 450*
                                             *Kappa Kappa Gamma Alumnae*

## <u>CERTIFICATE OF COMPLIANCE</u>

1.     I hereby certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 3,738 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).  As permitted by Federal Rule of Appellate Procedure 32(g)(1), I have relied on the word-count function of Microsoft Word in preparing this certificate.

2.     I hereby certify that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Amici Curiae, Over 450 Kappa Kappa Gamma Alumnae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 11, 2023, this Brief of Over 450 Kappa Kappa Gamma Alumnae was filed with the United States Court of Appeals for the Tenth Circuit via the Court's ECF system.  Counsel of record will receive notice of, and be able to access, the filing via the ECF system.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Amicus Curiae, Over 450 Kappa Kappa Gamma Alumnae*

## List of Women Who Join this Brief

Peggy Ackerman
Delta Psi
Texas Tech University

Rosemary Derks Anderson
Gamma Alpha
Kansas State University

Betty Chafin Avril
Beta Chi
University of Kentucky

Patti P. Badham
Gamma Pi
University of Alabama

Allison Petras Baker
Epsilon Rho
Texas A&M University

Amy Leggett Bass
Gamma Pi
University of Alabama

Michele Balady Beach
Epsilon Rho
Texas A&M University

Andrea Belrose
Gamma Pi
University of Alabama

Logan Beverly
Epsilon Rho
Texas A&M University

Liz Bishop
Delta Tau
University of Southern
California

Julie Walker Adams
Delta Omega
California State University –
Fresno

Katy Freeman Annett
Epsilon Rho
Texas A&M University

Stephanie Badalamenti
Epsilon Rho
Texas A&M University

Crista Barwin Bailey
Epsilon Beta
Colorado State University

Cindy Balda
Epsilon Rho
Texas A&M University

Ellen Bass
Beta Xi
University of Texas

Michelle Huntington Beach
Epsilon Omicron
University of California - Davis

Jane Bernard
Gamma Delta
Purdue University

Ellen Piedmont Bianco
Epsilon Rho
Texas A&M University

MaryAnn Williams Blackburn
Beta Theta
University of Oklahoma

Ree Almon
Gamma Pi
University of Alabama

Millie Bowman Armstrong
Gamma Pi
University of Alabama

Shannon O'Brian Badger
Epsilon Rho
Texas A&M University

Shannon Hawn Bair
Gamma Phi
Southern Methodist University

Pamela Haworth Barbera
Delta Rho
University of Mississippi

Sue Kanzenbach Bays
Rho Deuteron
Ohio Wesleyan University

Courtney Runge Befort
Epsilon Rho
Texas A&M University

Logan Berry
Epsilon Rho
Texas A&M University

Lucinda Owen Bickham
Delta Psi
Texas Tech University

Susan Blackburn
Delta Psi
Texas Tech University

Siri Grimstad Blake
Delta
Indiana University

Martha Sue Merritt Blalock
Delta Upsilon
University of Georgia

Kendall Goetz Blinn
Epsilon Alpha
Texas Christian University

Diana Docery Blount
Gamma Pi
University of Alabama

Whitney Bolling
Epsilon Rho
Texas A&M University

Sandra Anderson Bolton
Gamma Lambda
Middlebury College

Jean Boncutter
Delta Zeta
Colorado College

Jane Bonn
Gamma Gamma
Whitman College

Ronna Lidley Bower
Epsilon Rho
Texas A&M University

Carla Lang Bradford
Epsilon Rho
Texas A&M University

Laurie Sexton Branch
Epsilon Delta
Arizona State University

Molly Brenner
Gamma Xi
University of California - Los
Angeles

Savannah Brilliant
Epsilon Rho
Texas A&M University

Caren Kretzer Brinker
Psi Deuteron
Cornell University

Ann Plimpton Broadwell
Delta Tau
University of Southern
California

Heather Chandash Brock Esq.
Gamma Pi
University of Alabama

Laurie Campbell Brodd
Eta
University of Wisconsin

Diana Sammis Brookes
Delta Tau
University of Southern
California

Leslie Woolery Bross
Delta Sigma
Oklahoma State University

Linda Schermerhorn Brown
Beta Xi
University of Texas

Nikki Bryant
Epsilon Rho
Texas A&M University

Kristen Tarbox Buchanan
Delta Psi
Texas Tech University

Karolyn Sulier Buck
Beta Chi
University of Kentucky

Rebecca Robinson Smith
Buckey
Rho Deuteron
Ohio Wesleyan University

Helena Pande Buckley
Epsilon Beta
Colorado State University

Mary Heather Owen Buckman
Epsilon Rho
Texas A&M University

Helen C. Beck Burger
Delta Psi
Texas Tech University

Sally Ruether Burke
Gamma Pi
University of Alabama

Teresa Butt
Beta Rho Deuteron
University of Cincinnati

Jane (Jany) Prichard Cantwell
Mu
Butler University

2

Georgia Carmin
Gamma Omicron
University of Wyoming

Allison "DiPuma" Casey
Epsilon Rho
Texas A&M University

Leslie Johnson Chew
Epsilon Rho
Texas A&M University

Loring Hardie Christine
Delta Tau
University of Southern
California

Janet Anderson Cole
Epsilon Rho
Texas A&M University

Anne Matthews Collett
Rho Deuteron
Ohio Wesleyan University

Shelley Burnett Collora
Epsilon Rho
Texas A&M University

Carol Pavletch Conway
Gamma Beta
University of New Mexico

Karen Cook
Beta Theta
University of Oklahoma

Judith (Judy) Forrest Cooke
Delta
Indiana University

Constance Dabezies Cooper
Gamma Pi
University of Alabama

Elizabeth Ming Cooper
Beta Theta
University of Oklahoma

Meredith Ross Cooper
Epsilon Delta
Arizona State University

Pat Cooper
Delta Rho
University of Mississippi

Alyson Prater Couch
Gamma PI
University of Alabama

Anne Bradley Courtney
Epsilon Alpha
Texas Christian University

Kapri Kennard Cox
Epsilon Delta
Arizona State University

Kapri Kennard Cox
Epsilon Delta
Arizona State University

Katherine Pittman Cox
Gamma Pi
University of Alabama

Kristen Leake Crane
Gamma Pi
University of Alabama

Susan Diane White Cray
Gamma Zeta
University of Arizona

Katzie Kathy Creagan
Delta Tau
University of Southern
California

Mary Jane Crist
Gamma Zeta
University of Arizona

Megan Crosgrove
Epsilon Rho
Texas A&M University

Keeshan Crow
Gamma Nu
University of Arkansas

Margie Kleiner Crow
Gamma Omicron
University of Wyoming

Marg Shiley Cubero
Epsilon Zeta
Florida State University

Linda Soliday Currin
Alpha
Monmouth College

Alice Dahlgren
Beta Theta
University of Oklahoma

Cynthia Sington Daily
Gamma Pi
University of Alabama

Ashley Moise Darnall
Gamma Pi
University of Alabama

Katie Finnegan Darnell
Delta Tau
University of Southern California

Karen Beth Davenport
Beta Xi
University of Texas

3

Amanda Yeary Davis
Gamma Pi
University of Alabama

Amy Davis
Epsilon Rho
Texas A&M University

Conly Davis
Epsilon Rho
Texas A&M University

Kim Armbruster Davis
Gamma Pi
University of Alabama

Jennifer Palmer de la Mora
Epsilon Rho
Texas A&M University

Sherrye Landrum DeFreytas
Gamma Chi
George Washington University

Mary Demetree
Gamma Pi
University of Alabama

Laura DeVega
Beta Xi
University of Texas

Cheryl Brady Dible
Epsilon Delta
Arizona State University

Donell DeMoss Dishman
Epsilon Rho
Texas A&M University

Martha Cox D'Lugos
Epsilon Zeta
Florida State University

Laura Dale Dockery
Gamma Pi
University of Alabama

MeLisa Cornelius Bornman
Donnell
Epsilon Rho
Texas A&M University

Christine Hardcastle Drossos
Gamma Phi
Southern Methodist University

Connie Dusek
Epsilon Beta
Colorado State University

Margaret Gay Smith Dwyer
Delta Lambda
Miami University

Margaret Scarborough Eckel
Delta Rho
University of Mississippi

Brittany Nutting Elchos
Epsilon Rho
Texas A&M University

Cassandra Seymour Elder
Gamma Nu
University of Arkansas

Courtney Ellis
Epsilon Rho
Texas A&M University

Nancy Netherton Ellison
Beta Xi
University of Texas

Caroline Ely
Delta Epsilon
Rollins College

Tracy Engemoen
Epsilon Rho
Texas A&M University

April Quartell Erck
Zeta Iota
Villanova University

Lori Everett
Rho Deuteron
Ohio Wesleyan University

Holly Farmer
Gamma Pi
University of Alabama

Van Oatis Farnsworth
Epsilon Epsilon
Emory University

Jenya Felder
Epsilon Alpha
Texas Christian University

Laura Luckie Finch
Gamma Pi
University of Alabama

Carrie Harp Fisher
Epsilon Rho
Texas A&M University

Kelly Lyn Fisher
Epsilon Rho
Texas A&M University

Dorinne (Dori) Griffin Fitch
Delta Tau
University of Southern California

Kathleen Denise (Edmund)
Flader
Epsilon Rho
Texas A&M University

Margaret Lee Fortner
Epsilon Rho
Texas A&M University

Jenny Foster
Epsilon Delta
Arizona State University

Leigh Henkel Fowler
Epsilon Rho
Texas A&M University

Diane Frossard
Epsilon Rho
Texas A&M University

Anna Bruce Fugier
Epsilon Beta
Colorado State University

Erin Mahin Fulk
Epsilon
Illinois Wesleyan University

Connie Walker Fuller
Beta Theta
University of Oklahoma

Lesley Cherie Gary
Gamma Pi
University of Alabama

Linda Miranda Gaudio
Epsilon Rho
Texas Tech University

Marilyn Schneeburg Geiger
Gamma Alpha
Kansas State University

Carolyn Norris Gentle
Beta Theta
University of Oklahoma

Netia Lowell Gerken
Epsilon Kappa
University of South Carolina

Ruth Heller Gersabeck
Beta Delta
University of Michigan

Annie Dearmore Gibbons
Delta Psi
Texas Tech University

Courtney Pilkinton Gilbert
Gamma Nu
University of Arkansas

Natalie Tortorici Gillespie
Gamma Pi
University of Alabama

Hope Miller Goins (Goings)
Delta Upsilon
University of Georgia

Melissa Smith Golden
Delta Phi
Bucknell University

Karol Wahlberg Goldsmith
Delta Tau
University of Southern
California

Beverly Hodge Goode
Delta Tau
University of Southern California

Nicole Goodman
Epsilon Rho
Texas A&M University

Jacque Carmin Goodrich
Gamma Omicron
University of Wyoming

Molly Taber Graham
Gamma Zeta
University of Arizona

Sue Graham
Gamma Delta
Purdue University

Georgia Ellison Grainger
Epsilon Rho
Texas A&M University

Marion Graviss
Epsilon Rho
Texas A&M University

Nancy Barickman Greenley
Eta
University of Wisconsin

Karen Andersen Gregorio
Epsilon Delta
Arizona State University

Martha Groebe
Gamma Alpha
Kansas State University

Nancy Nethercutt Gustafson
Gamma Eta
Washington State University

Jeleen Guttenberg
Beta Phi
University of Montana

Lauren Geraghty Habetz
Gamma Pi
University of Alabama

Rebecca Halbert
Epsilon Rho
Texas A&M University

Marci Hugg Hall
Gamma Nu
University of Arkansas

Pamela Brandes Hall
Delta Psi
Texas Tech University

Mollie Johnson Halle
Epsilon Mu
Clemson University

Ashley Wilcox Halpain
Epsilon Rho
Texas A&M University

Mary Conkling Hamblin
Delta Sigma
Oklahoma State University

Jenni Russo Hamlett
Gamma Pi
University of Alabama

Allison Crain Hammer
Gamma Phi
Southern Methodist University

Teri VanDorn Hampson
Gamma Omega
Iowa State University

Murlie Hanson Esq.
Gamma Omicron
University of Wyoming

Michael Ann Reedy Hanzel
Theta
University of Missouri

Andrea Harano
Beta Chi
University of Kentucky

Emily Harding
Epsilon Rho
Texas A&M University

Amy Lyn (George) Harrington
Epsilon Rho
Texas A&M University

Sydney (Perry) Harrison
Epsilon Rho
Texas A&M University

Ginny Walsmith Hart
Gamma Delta
Purdue University

Maria Riley Hart
Upsilon
Northwestern University

Nancy Fuhrman Hartmann
Epsilon Rho
Texas A&M University

Nancy E. Hartshorn
Beta Nu
Ohio State University

Debe Snow Hauschild
Beta Theta
University of Oklahoma

Caroline Waggoner Hautt
Gamma Phi
Southern Methodist University

Sarah Dobson Hawn
Gamma Phi
Southern Methodist University

Jane Gembolis Haxton-Thomas
Gamma Eta
Washington State University

Joy Valentine Haynes
Delta Psi
Texas Tech University

Charlotte Coffin Haynie
Epsilon Rho
Texas A&M University

Elizabeth Robinson Helmsing
Gamma Pi
University of Alabama

Janet Durke Helton
Epsilon Rho
Texas A&M University

Dedie Russell Hendrix
Gamma Pi
University of Alabama

Sharon Wallingford Hendrix
Delta Psi
Texas Tech University

Mary Margaret Hendry
Gamma Pi
University of Alabama

Susan Utke Hersker
Epsilon Delta
Arizona State University

Marilyn Mayes Hicks
Beta Chi
University of Kentucky

Mary Hill
Epsilon Lambda
University of Tennessee

Amy Barton Hilliard
Epsilon Rho
Texas A&M University

Celeesa Berry Hodges
Delta Psi
Texas Tech University

Kathleen Hoffer
Alpha Iota
Alumna Initiate

Mary Rees Hoke
Gamma Omicron
University of Wyoming

Karen Lawson Holliday
Epsilon Rho
Texas A&M University

Valerie Gayden Holman
Gamma Pi
University of Alabama

Sally Hunter Hopper
Gamma Omicron
University of Wyoming

Heather Hartmann Howard
Zeta Upsilon
Georgia Southern University

Cynthia Bournias Hughes
Delta Psi
Texas Tech University

Trent Caddis Hull
Gamma Pi
University of Alabama

Louise Hulme
Epsilon Gamma
University of North Carolina

Linda Webb Humphrey
Gamma Xi
University of California - Los
Angeles

Patricia Donovan Hustava
Epsilon Rho
Texas A&M University

Susan Steinfeldt Hutto
Gamma Pi
University of Alabama

Sally Bremer Huzyak
Delta Tau
University of Southern California

Kathryn Campbell Hyde
Gamma Pi
University of Alabama

Jennifer Ibara
Eta Sigma
Chapman University

Katherine Winniford Jackson
Gamma Phi
Southern Methodist University

Kathy Jackson
Epsilon Kappa
University of South Carolina

Katy Hawn Jackson
Gamma Phi
Southern Methodist University

Melanie Lang Jaeger
Epsilon Rho
Texas A&M University

Evelyn Foster Janssenin
Delta Psi
Texas Tech University

Sharon Moore Jenkins
Delta Upsilon
University of Georgia

Susan Jennings
Gamma Xi
University of California - Los
Angeles

Susan Bremer Jenson
Delta Tau
University of Southern
California

Ann Marie Johnson
Beta Theta
University of Oklahoma

Jo Anne Johnson
Sigma
University of Nebraska

Kathleen Kuhn Johnson
Beta Theta
University of Oklahoma

Leslie Price Johnson
Epsilon Rho
Texas A&M University

Tricia Laudadio Johnson
Epsilon Rho
Texas A&M University

Hilde Gill Kaiser
Epsilon Beta
Colorado State University

Gretchen Kaufman
Gamma Nu
University of Arkansas

Hollis Kazmann
Delta Iota
Louisiana State University

Kathryn Koonce Keith
Gamma Pi
University of Alabama

Amy Kelly
Rho Deuteron
Ohio Wesleyan University

Tara Hafertepe Kennedy
Epsilon Rho
Texas A&M University

Janet Hall Kieon
Rho Deuteron
Ohio Wesleyan University

Janet Kelly Kimball
Epsilon Rho
Texas A&M University

Kathryn Kimball
Epsilon Rho
Texas A&M University

Ann Chichlow King
Delta
Indiana University

Keri King
Epsilon Rho
Texas A&M University

Robbi Schupp King
Gamma Nu
University of Arkansas

Kristy Ford Knippa
Epsilon Rho
Texas A&M University

Kay Knocke
Delta Sigma
Oklahoma State University

Nancy McEwen Knopp
Gamma Alpha
Kansas State University

Margaret Levang Knorr
Beta Zeta
University of Iowa

Nell Koopman
Gamma Phi
Southern Methodist University

Stephanie Strong Krauss
Epsilon Rho
Texas A&M University

Pamela Russell Krick
Epsilon Delta
Arizona State University

Lacey Luckett Kruger
Beta Xi
University of Texas

Nancy Coleman Kuhn
Gamma Beta
University of New Mexico

Nancy Gillem Kuhn
Gamma Delta
Purdue University

Gina LaBarba
Beta Xi
University of Texas

Julia Hall Lane
Gamma Phi
Southern Methodist University

Lindsay Marxen Laudadio
Epsilon Rho
Texas A&M University

Barbara Leonard
Delta Upsilon
University of Georgia

Patsy Bredwick Levang
Gamma Tau
North Dakota State University

Margaret (Peggy) Spengler
Lewis
Delta Lambda
Miami University

Margaret Ruether Lico
Gamma Phi
Southern Methodist University

Christa Carns Lidikay
Gamma Pi
University of Alabama

Eugenia Gene Ann Pyle Liese
Epsilon Rho
Texas A&M University

Mary Lisman
Epsilon Beta
Colorado State University

Margaret Lloyd
Epsilon Delta
Arizona State University

Mary Jo Catlin Loder
Epsilon
Illinois Wesleyan University

Dean V. Loehr
Delta Psi
Texas Tech University

Sharney Logan
Gamma Pi
University of Alabama

Renne Faulconer Lokey
Epsilon Rho
Texas A&M University

| | | |
|---|---|---|
| Anne Irvin Lootens<br>Epsilon Rho<br>Texas A&M University | Christine Loring<br>Delta Tau<br>University of Southern California | Karen Galloway Lowry<br>Gamma Nu<br>University of Arkansas |
| Sarah S Lugar<br>Gamma Delta<br>Purdue University | Luanne Berger Lurvey<br>Epsilon Rho<br>Texas A&M University | Vicki Martin Maddox<br>Gamma Pi<br>University of Alabama |
| Marilyn Doscher Martin<br>Delta Phi<br>Bucknell University | Victoria Runco Mason<br>Epsilon Beta<br>Colorado State University | Elizabeth Stabler Matthews<br>Gamma Pi<br>University of Alabama |
| Madelyn Mauritz-Bosse<br>Rho Deuteron<br>Ohio Wesleyan University | Suzanne Tardy Maxwell<br>Delta<br>Indiana University | Jeanne McClung<br>Epsilon Alpha<br>Texas Christian University |
| Melinda Bray McCrea<br>Beta Chi<br>University of Kentucky | Rebecca Rollins McDonald<br>Gamma Pi<br>University of Alabama | Jean Stamper McDougald<br>Delta Sigma<br>Oklahoma State University |
| Kristin Broad McFadden<br>Gamma Pi<br>University of Alabama | Sandra (Sandy) McGowan<br>Epsilon Alpha<br>Texas Christian University | Tami McLean<br>Gamma Phi<br>Southern Methodist University |
| Merrill Suttle McWhorter<br>Gamma Pi<br>University of Alabama | Margaret Marsh Mebus<br>Gamma Phi<br>Southern Methodist University | Katie Bodnar Meissner<br>Epsilon Rho<br>Texas A&M University |
| Nancy Mello<br>Beta Lambda<br>University of Illinois | Allison Fuller Melnar<br>Epsilon Rho<br>Texas A&M University | Ellen Merriman<br>Gamma Phi<br>Southern Methodist University |
| Marilyn Murrell Meyers<br>Delta Psi<br>Texas Tech University | Jolee Kay Smith Mikula<br>Epsilon Rho<br>Texas A&M University | Melissa J. Miles<br>Gamma Nu<br>University of Arkansas |
| Jan Miller<br>Delta Psi<br>Texas Tech University | Kay O'Dwyer Miller<br>Delta Psi<br>Texas Tech University | Louann Sweeney Miller<br>Gamma Tau<br>North Dakota State University |
| Mary Arbour Miller<br>Delta Iota<br>Louisiana State University | Sharon Miller<br>Delta Upsilon<br>University of Georgia | Karen Coindreau Minyard<br>Epsilon Rho<br>Texas A&M University |

Sarah Sims Blackmon Mobley
Gamma Pi
University of Alabama

Eliza Ann Bornman Moehlman
Epsilon Rho
Texas A&M University

Susan Fasse Montgomery
Epsilon Zeta
Florida State University

Susan Kendrick Moorhead
Gamma Omega
Denison University

Betty Crockett Carr Morey
Delta
Indiana University

Caroline Cobb Morgan
Delta Psi
Texas Tech University

Mariellan DeWine Morris
Gamma Pi
University of Alabama

Saranne Soule Morrow
Gamma Pi
University of Alabama

Susan Woelfel Moskal
Epsilon Rho
Texas A&M University

Erin Deaton Moss
Epsilon Rho
Texas A&M University

Margaret Wetzel Murdock
Gamma Pi
University of Alabama

Ellen Campbell Myers
Epsilon Rho
Texas A&M University

Marilyn Murrell Myers
Delta Psi
Texas Tech University

Jennie Nance
Gamma Pi
University of Alabama

Carol Anna Nichols
Delta Upsilon
University of Georgia

Carol Durant Nichols
Gamma Epsilon
University of Pittsburgh

Lisa Powell Nichols
Delta Upsilon
University of Georgia

Becky Jo Nickles
Epsilon Nu
Vanderbilt University

Marie Blackwell Noojin
Gamma Pi
University of Alabama

Robin Moss Norcross
Beta Theta
University of Oklahoma

Susan (Susie) Lovett Nordquist
Sigma
University of Nebraska

Jody Norman
Beta Kappa
University of Idaho

Erin Nowak
Epsilon Rho
Texas A&M University

Stephanie Wendland O'Dell
Epsilon Rho
Texas A&M University

Carolyn Collar Oates
Gamma Nu
University of Arkansas

Debbie Oates
Gamma Phi
Southern Methodist University

Megan Onder
Gamma Nu
University of Arkansas

Maudie Wheatley Osborn
Epsilon Rho
Texas A&M University

Margaret Vidmer Oswalt
Gamma Pi
University of Alabama

Amy Veselka Owen
Epsilon Rho
Texas A&M University

Eileen Dickenson Parker
Gamma Omicron
University of Wyoming

Marjorie Hodgson Parker
Delta Psi
Texas Tech University

Alison Canoles Parks
Epsilon Gamma
University of North Carolina

Beth Schilling Pattock
Epsilon Delta
Arizona State University

Cheryl Keeler Peters
Epsilon Delta
Arizona State University

Mary Paige Pollock
Gamma Pi
University of Alabama

Tricia Minion Preston
Gamma Pi
University of Alabama

Jill Elizabeth Richardson
Purvis
Epsilon Rho
Texas A&M University

Mara Hunter Redden
Delta Tau
University of Southern
California

Amy Reeves
Epsilon Rho
Texas A&M University

Ruth Rankin Reimann
Epsilon Alpha
Texas Christian University

Dori Venhaus Reuber
Epsilon Rho
Texas A&M University

Allison Jo Marker Rider
Gamma Eta
Washington State University

Stephanie Robinson
Gamma Pi
University of Alabama

Madelyn Perry
Epsilon Rho
Texas A&M University

Ruth Peterson
Eta
University of Wisconsin

Karen Rechnitzer Pope
Delta Zeta
Colorado College

Amy Edwards Prideaux
Gamma Phi
Southern Methodist University

Mary Martin Ramsey
Epsilon Rho
Texas A&M University

Christine Reed
Epsilon Rho
Texas A&M University

Lacy Reeves
Gamma Omicron
University of Wyoming

Joanne Brown Reinhart
Beta Chi
University of Kentucky

Jeff Lynn Rice
Gamma Nu
University of Arkansas

Cille (Lucile) McVay Robards
Gamma Pi
University of Alabama

Stephanie Teel Robinson
Gamma Pi
University of Alabama

Tammy Laudadio Perry
Epsilon Rho
Texas A&M University

Carolyn Kuhn Pierini
Beta Theta
University of Oklahoma

Brinkley Burks Pound
Delta Upsilon
University of Georgia

Claudia Harris Pruitt
Delta Psi
Texas Tech University

Jennifer Passante Raymond
Epsilon Rho
Texas A&M University

Lori Von Bargan Reed
Beta Rho Deuteron
University of Cincinnati

Meredith Reimann
Epsilon Rho
Texas A&M University

Kathy Rench
Delta Psi
Texas Tech University

Donna Ricks
Gamma Omicron
University of Wyoming

Jennifer Diane Boehm Roberts
Epsilon Rho
Texas A&M University

Jean Boncutter Rolfe
Delta Zeta
Colorado College

Jeanette Gibson Rollins
Gamma Pi
University of Alabama

Madeline Rollins
Gamma Pi
University of Alabama

Heather Rowland
Beta Xi
University of Texas

Pat Alexander Royal
Delta Upsilon
University of Georgia

Kate Russell
Gamma Pi
University of Alabama

Luanne R Russell
Gamma Pi
University of Alabama

Taylor Marie Young Russell
Epsilon Rho
Texas A&M University

Chelsea Salomone
Epsilon Rho
Texas A&M University

Brooks Gresham Sanders
Gamma Pi
University of Alabama

Leslie Myers Sankey
Gamma Pi
University of Alabama

Margaret Webster Scarlett
Gamma Omicron
University of Wyoming

Lee Ann Iacobellis Schantz
Epsilon Xi
California State University –
Northridge

Martha Schauer
Epsilon Rho
Texas A&M University

Peggy Schmid
Delta Tau
University of Southern California

Tschudy Griffith Schmidt
Epsilon Beta
Colorado State University

Penny Wallace Schnabel
Delta Zeta
Colorado College

Anita Schwartz
Gamma Zeta
University of Arizona

Sheri Armistead Seal
Epsilon Delta
Arizona State University

Allison Porter Sealy
Epsilon Rho
Texas A&M University

Carman De Guzman Sessoms
Eta Eta
University of Central Florida

Pamela Diane Bohlke Shaffer
Gamma Eta
Washington State University

Mary Findlay Shelfer
Gamma Pi
University of Alabama

Yvonne Dumesnil Shelfer
Gamma Pi
University of Alabama

Maegan McClellan Shida
Epsilon Rho
Texas A&M University

Jennifer Stubbs Shipley
Delta Sigma
Oklahoma State University

Mary Ruddick Silzel
Gamma Gamma
Whitman College

Ottley Ann Shaw Sims
Gamma Eta
Washington State University

Carol McCurry Sinclair
Epsilon Rho
Texas A&M University

Dianne Deavers Siverly
Epsilon
Illinois Wesleyan University

Sheila Vicers Slanton
Gamma Pi
University of Alabama

Anne Wesselhoeft Smalley
Gamma Pi
University of Alabama

Amy Smith
Beta Eta Deuteron
Stanford University

Annie Smith
Beta Eta Deuteron
Stanford University

Caryl Smith
Delta Psi
Texas Tech University

Katie McKewen Smith
Gamma Pi
University of Alabama

Keely Sikes Smith
Epsilon Rho
Texas A&M University

Tamara Holton Smith
Epsilon Rho
Texas A&M University

Lisa Bettis Snyder
Epsilon Delta
Arizona State University

Haley Gressett Somers
Epsilon Rho
Texas A&M University

Patricia Miller Sommers
Delta Omega
Fresno State College

Margherita Jones Soule
Gamma Pi
University of Alabama

Laurel Lane Speich
Epsilon
Illinois Wesleyan University

M. Gale Gazette Spencer
Gamma Nu
University of Arkansas

Kassandra Ricks Sprague
Gamma Omicron
University of Wyoming

Diane Cassill Stanhope
Beta Pi
University of Washington

Julia Brinton Stapp
Delta Zeta
Colorado College

Martha Stedman
Gamma Zeta
University of Arizona

Allison Austin Stephens
Epsilon Rho
Texas A&M University

Nancy Davis Stevens
Delta
Indiana University

Kristin Stockton
Epsilon Rho
Texas A&M University.

Drew Stull
Gamma Phi
Southern Methodist University

Kathleen Morrow Stumm
Delta Tau
University of Southern
California

Cynthia "Cindi" Kenne Sutter
Epsilon Rho
Texas A&M University

Karen Rucks Tabone
Delta Psi
Texas Tech University

LaDaw Marie Tanner
Epsilon Xi
California State University –
Northridge

Julia Nouss Tenhoeve
Zeta Omicron
University of Richmond

Carolyn Lee Tonsmeire
Gamma Pi
University of Alabama

Marie Goodloe Tonsmeire
Gamma Pi
University of Alabama

Laura Ramsey Topping
Delta Upsilon
University of Georgia

Gretchen Baas Towers
Beta Nu
Ohio State University

Drew Townsend
Epsilon Rho
Texas A&M University

Page Patton Tucker
Epsilon Rho
Texas A&M University

Cheryl Tuck-Smith
Gamma Omicron
University of Wyoming

Catherine Hunsucker Tuggle
Delta Psi
Texas Tech University

Hilary Valente
Epsilon Rho
Texas A&M University

Nancy Stimpson Vandervoort
Gamma Pi
University of Alabama

13

Klasina Vanderwerf
Delta Zeta
Colorado College

Kaye Beth Pumphrey Vietti
Epsilon Delta
Arizona State University

Sharon Brunner Von
Rosenberg
Epsilon Rho
Texas A&M University

Jeanne Bugg Walston
Gamma Pi
University of Alabama

Jean Ferguson Weber
Beta Psi
University of Toronto

Margaret Lane Wetzel
Gamma Pi
University of Alabama

Taylor Whitehead
Epsilon Rho
Texas A&M University

Galean Lee Stotts Wilder
Epsilon Rho
Texas A&M University

Debbie Keneda Winn
Delta Psi
Texas Tech University

Dana Kubiszyn Wolter
Gamma Pi
University of Alabama

Thelma Hansen Woodard
Gamma Omicron
University of Wyoming

Jennifer Watson Vicari
Epsilon Rho
Texas A&M University

Elizabeth Stewart Viohl
Delta Upsilon
University of Georgia

Lauri LeBoeuf Waggoner
Gamma Pi
University of Alabama

Kelly Huett Wasemiller
Epsilon Rho
Texas A&M University

Beverly Penfield Westfall
Gamma Pi
University of Alabama

Adria Ramirez Whelan
Epsilon Rho
Texas A&M University

Anne Casey Luckie Whiting
Gamma Pi
University of Alabama

Gray-Leigh Wilson
Epsilon Rho
Texas A&M University

Sandra Pflager Wischmeyer
Gamma Omega
Denison University

Alicia Braswell Wood
Epsilon Upsilon
Baylor University

Ashlee Thames Woods
Delta Psi
Texas Tech University

Diana Burk Vickery
Gamma Zeta
University of Arizona

Carolyn Bennett Vizzina
Gamma Pi
University of Alabama

Lori Bloom Walker
Epsilon Delta
Arizona State University

Susan Harrod Weaver
Delta Gamma
Michigan State University

Marilyn Campbell Wetmore
Delta Alpha
Pennsylvania State University

Ashley Prater Whelan
Gamma Pi
University of Alabama

Wynne Wideman
Beta Xi
University of Texas

Marianna Roberts Wilson
Delta Upsilon
University of Georgia

Kimberly Michelle Wise
Gamma Pi
University of Alabama

Crete Crawford Wood
Delta Zeta
Colorado College

Kathy Knox Yale
Epsilon Zeta
Florida State University

| Carol Krusemark Young | Margaret Spencer Young | Catherine Zaden |
|---|---|---|
| Epsilon Rho | Delta Tau | Gamma Pi |
| Texas A&M University | University of Southern California | University of Alabama |