UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 14, 2023

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue, Suite 731
Cleveland, OH 44102

**RE:** 23-8065, Westenbroek, et al v. Kappa Kappa Gamma, et al
Dist/Ag docket: 2:23-CV-00051-ABJ

Dear Counsel:

The paper copies of the amici curiae brief of Over 450 Kappa Kappa Gamma Alumnae are deficient.

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies within three days of the date of this notice.

Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp