UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| JAYLYN WESTENBROEK; HANNAH HOLTMEIER; ALLISON COGHAN; GRACE CHOATE; MADELINE RAMAR; MEGAN KOSAR, on behalf of themselves and derivatively on behalf of KAPPA KAPPA GAMMA FRATERNITY<br><br>   Plaintiffs-Appellants,<br><br>v.<br><br>KAPPA KAPPA GAMMA FRATERNITY, an Ohio non-profit corporation, as Nominal Defendant and as Direct Defendant; MARY PAT ROONEY, President of the Fraternity Council of KAPPA KAPPA GAMMA FRATERNITY, in her official capacity; KAPPA KAPPA GAMMA BUILDING CO., a Wyoming non-profit corporation,<br><br>   Defendant-Appellees,<br><br>ARTEMEIS LANGFORD,<br><br>   Defendant. | Case No. 23-8065<br><br>**Entry of Appearance and Certificate of Interested Parties** |

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for:

Amici Nathaniel R. Jones Center for Race, Gender, and Social Justice; American Civil Liberties Union (ACLU) of Ohio Foundation; the National Center for Transgender Equality; the Woman's Club of Greater Cincinnati; and Jim Obergefell in support of Appellee/Defendants, in the above-captioned case.


Raymond K. Bryant_(CO #42586)
Name of Counsel

 s/ Raymond K, Bryant
Signature of Counsel

1543 Champa St., Suite 400
Denver, CO  80202
Phone: (720) 515-6165
raymond@rightsllitigation.com

With Alphonse A. Gerhardstein (OH 0032053)
Friedman, Gilbert + Gerhardstein
35 E 7 th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
al@fggfirm.com

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

[X] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Amici Nathaniel R. Jones Center for Race, Gender, and Social Justice;
American Civil Liberties Union (ACLU) of Ohio Foundation;
The National Center for Transgender Equality;
The Woman's Club of Greater Cincinnati; and
Jim Obergefell

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

__1/19/24_____
Date

s/ Raymond K. Bryant_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.