

# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

## Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name: | Sylvia May Mailman |
| Address: | Independent Women's Law Center; 1802 Vernon St. NW, Suite 1027 |
| City, State, Zip Code: | Washington, D.C. 20009 |
| Telephone: | (202) 807-9986 |
| Cell Phone: | (785) 447-0436 |
| Email Address: | may.mailman@iwlc.org |

Re:
- Case No(s): 23-8065
- Caption: Westenbroek, et al. v. Kappa Kappa Gamma, et al.
- Argument Date: May 14, 2024
- Argument Time: **09:00 a.m.** (Arguing attorneys must report 45 minutes prior thereto)
- Courtroom/Place: **Courtroom I - Denver, CO**

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for:

**Oral argument to be held in person before the court.**

☐ I am substitute counsel who will appear in place of _____, who previously filed an acknowledgment form.

☑ I am appearing on behalf of:   ☐ Other counsel will appear on behalf of:

Jaylyn Westenbroek, Hannah Holtmeier, Allison Coghan, Grace Choate, Madeline Ramar, and Megan Kosar, on behalf of themselves and derivatively on behalf of Kappa Kappa Gamma Fraternity (name of party) the **Appellant.**

Signed (Recipient): *S. May Mailman*

Date: 3/15/2024

**PLEASE NOTE:**

If you have not previously registered as an ECF filer and have not filed an entry of appearance form in the referenced appeal, you must do both before filing this acknowledgment form.

This form must be completed and electronically returned through ECF by the arguing attorney in the appeal set within ten days. Counsel for amicus/amici curiae do not present oral argument without written permission by the court.

When filing the Calendar Acknowledgment Form in ECF, please read instructions. Do not deselect attorneys who have already filed their form unless it is a one-for-one substitution representing the same party.

The Custody Status Form must be filed by counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal), counsel for the petitioner in a habeas corpus or immigration appeal, or counsel for any appellant or appellee who is in custody in any other appeal. This form must be filed even if the case has been submitted on the briefs. If the party is pro se, the form need not be submitted.

Questions may be directed to the 10th Circuit Calendar Team at 303.335.2708 or contact by email